IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

CLIFFORD STEPHENS,

                    Plaintiff,

          v.                          Civil No. 18-3628-KMW-AMD

OFFICER GOLDBOROUGH
*Southwoods State Prison*, et
al.,

                    Defendants.

**ORDER OF DISMISSAL**

It appearing to the Court that the above case having been pending more than ninety (90) days without any proceeding having been taken therein, and no objection having been entered at a call of the calendar on March 10, 2023,

IT IS on this **24th** day of **March, 2023** hereby

**ORDERED** that this case be and the same hereby is **DISMISSED** as in accordance with Local Rule 41.1(a), without prejudice and without costs to either party.

                              /s/Karen M. Williams
                              KAREN M. WILLIAMS
                              United States District Judge